In the
# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| MARY V. HARRIS FOUNDATION, | ) | |
|         Appellant, | ) | |
| | ) | |
|     v. | ) | No. 13-1304 |
| | ) | |
| FEDERAL COMMUNICATIONS COMMISSION, | ) | |
|         Appellee. | ) | |

## CERTIFIED LIST OF ITEMS IN THE RECORD

The Federal Communications Commission herewith files a certified list of items constituting the record of Commission proceedings in the above captioned case. The filing consists of (1) a list of items constituting the record and (2) certificate of the Commission's Secretary.

Respectfully submitted,

/s/ Matthew J. Dunne

Matthew J. Dunne
Counsel

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1750

January 30, 2014

*Mary V. Harris Foundation*
*v.*
*FCC & USA*

File No. BPED-19960920MA
&
File No. BPED-970516MA

| DATE FILED | FILING PARTY | TYPE OF PLEADING |
|---|---|---|
| November 13, 2013 | FCC | Order On Reconsideration |
| June 20, 2013 | Holy Family Communications | Opposition to Petition for Leave to File Supplement |
| June 14, 2013 | Mary V. Harris Foundation | Petition for Leave To File Supplement and Supplement to Petition for Reconsideration |
| May 31, 2013 | Mary V. Harris Foundation | Reply To Opposition to Petition for Reconsideration |
| May 16, 2013 | Holy Family Communications | Opposition to Petition for Reconsideration |
| May 2, 2013 | Mary V. Harris Foundation | Petition for Reconsideration |
| April 2, 2013 | FCC | Memorandum Opinion and Order |
| November 18, 2011 | Mary V. Harris Foundation | Reply To Opposition To Applications For Review |
| November 9, 2011 | Mary V. Harris Foundation | Motion for Extension of Time |
| October 25, 2011 | Holy Family Communications | Opposition To Application For Review |
| October 11, 2011 | Mary V. Harris Foundation | Application For Review |
| September 9, 2011 | FCC | Memorandum Opinion and Order |
| January 16, 2008 | Mary V. Harris Foundation | Reply To Opposition To Supplement To Petition To Deny and Motion to Strike |

| DATE FILED | FILING PARTY | TYPE OF PLEADING |
|---|---|---|
| January 11, 2008 | Mary V. Harris Foundation | Reply To Opposition to Petition For Reconsideration |
| January 9, 2008 | Mary V. Harris Foundation | Motion For Extension Of Time |
| December 31, 2007 | Mary V. Harris Foundation | Consent Motion For Extension Of Time |
| December 26, 2007 | Holy Family Communications | Opposition To Supplement To Petition To Deny and Motion To Strike |
| December 17, 2007 | Holy Family Communications | Opposition To Petition For Reconsideration |
| December 10, 2007 | Mary V. Harris Foundation | Supplemental Petition To Deny |
| December 7, 2007 | Holy Family Communications | Consent Motion For Extension Of Time To File Opposition To Petition For Reconsideration |
| November 26, 2007 | Mary V. Harris Foundation | Petition For Reconsideration |
| October 26, 2007 | FCC | Letter Decision |
| June 29, 2007 | Mary V. Harris Foundation | Reply To Opposition To Petition To Deny |
| June 21, 2007 | Mary V. Harris Foundation | Consent Request For Extension Of Time |
| June 7, 2007 | Mary V. Harris Foundation | Request For Extension Of Time |
| May 25, 2007 | Holy Family Communications | Opposition To Petition To Deny |
| May 2, 2007 | Mary V. Harris Foundation | Petition To Deny |
| March 27, 2007 | FCC | Memorandum Opinion and Order |
| June 26, 2002 | Holy Family Communications | Reply To Opposition To Petition For Reconsideration |
| June 19, 2002 | Holy Family Communications | Petition For Extension Of Time |
| June 10, 2002 | Mary V. Harris Foundation | Opposition To Petition For Reconsideration |

| DATE FILED | FILING PARTY | TYPE OF PLEADING |
|---|---|---|
| May 28, 2002 | Holy Family Communications | Petition for Reconsideration |
| April 26, 2002 | FCC | Letter Decision |
| July 19, 2001 | Mary V. Harris Foundation | Point Supplement To Pending FCC 340 Filed Prior To Point System |
| July 18, 2001 | Holy Family Communications | Point Supplement To Pending FCC 340 Filed Prior To Point System |
| March 16, 1999 | Mary V. Harris Foundation | Amendment To Application of The Mary V. Harris Foundation |
| October 29, 1998 | Mary V. Harris Foundation | Reply to Opposition to Application For Review |
| October 21, 1998 | Mary V. Harris Foundation | Consent Motion For Extension of Time |
| October 8, 1998 | Holy Family Communications | Opposition To Application For Review |
| October 1, 1998 | Holy Family Communications | Consent Motion For Extension of Time |
| September 18, 1998 | Mary V. Harris Foundation | Application For Review |
| August 7, 1998 | FCC | Letter Decision |
| January 9, 1998 | Mary V. Harris Foundation | Errata to Reply to Opposition to Petition for Reconsideration |
| December 22, 1997 | Mary V. Harris Foundation | Reply to Opposition to Petition for Reconsideration |
| December 17, 1997 | Mary V. Harris Foundation | Consent Motion For Further Extension of Time |
| December 11, 1997 | Mary V. Harris Foundation | Consent Motion For Extension of Time |
| December 1, 1997 | Holy Family Communications | Opposition to Petition for Reconsideration |
| November 10, 1997 | Mary V. Harris Foundation | Petition for Reconsideration |
| October 7, 1997 | FCC | Letter decision |

| DATE FILED | FILING PARTY | TYPE OF PLEADING |
|---|---|---|
| May 19, 1997 | Mary V. Harris Foundation | Application For Construction Permit – FCC Form 340 |
| May 5, 1997 | Chuck Platt (WGCC-FM) | Letter (Petition of Denial) |
| April 4, 1997 | FCC | Letter Decision |
| February 21, 1997 | Holy Family Communications | Petition For Reconsideration And To Reinstate Application Nunc Pro Tunc |
| February 5, 1997 | FCC | Letter Decision |
| September 20, 1996 | Holy Family Communications | Application For Construction Permit – FCC Form 340 |

## In the
## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| MARY V. HARRIS FOUNDATION,<br>Appellant,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION,<br>Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 13-1304 |

### CERTIFICATE OF MARLENE H. DORTCH, SECRETARY
### FEDERAL COMMUNICATIONS COMISSION

I, Marlene H. Dortch, Secretary, Federal Communications Commission, do hereby certify that the preceding list is a true and correct list of items in the record of the proceedings before the Federal Communications Commission pertinent to the above-captioned case.

Witness my hand and Seal of the Federal Communications Commission this 30th day of January 2014.

Federal Communication Commission

Marlene H. Dortch
Secretary

13-1304

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

**Mary V. Harris Foundation,**
   **Appellant,**

 v.

**Federal Communications Commission,**
   **Appellee.**

## CERTIFICATE OF SERVICE

I, Matthew J. Dunne, hereby certify that on January 30, 2014, I electronically filed the foregoing Certified List of Items In The Record with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Some of the participants in the case, denoted with asterisks below, are not CM/ECF users. I certify further that I have directed that copies of the foregoing document be mailed by First-Class Mail to those persons, unless another attorney at the same mailing address is receiving electronic service.

| | |
|---|---|
| *Donald E. Martin, P.C. | Denise B. Moline, Esq. |
| P.O. Box 8433 | 358 Pines Blvd. |
| Falls Church, Virginia 22041 | Lake Villa, IL 60046-6600 |
| *Counsel for: Mary V. Harris Foundation* | *Counsel for: Holy Family Communications, Inc.* |

/s/ Matthew J. Dunne