# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 13-1304**                                                                                 September Term, 2013

FCC-13-41

Filed On: February 19, 2014 [1480482]

Mary V. Harris Foundation,

    Appellant

  v.

Federal Communications Commission,

    Appellee

------------------------------

Holy Family Communications,
    Intervenor

### O R D E R

It is **ORDERED**, on the court's own motion, that the following briefing schedule will apply in this case:

| | |
|---|---|
| Appellant's Brief | March 31, 2014 |
| Appellee's Brief | April 30, 2014 |
| Intervenor for Appellee's Brief | May 15, 2014 |
| Appellant's Reply Brief | May 29, 2014 |
| Deferred Appendix | June 5, 2014 |
| Final Briefs | June 19, 2014 |

All issues and arguments must be raised by appellant in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

The court reminds the parties that

In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . . When the appellant's or petitioner's standing is not apparent from the

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-1304**                                                **September Term, 2013**

administrative record, the brief must include arguments and evidence establishing the claim of standing.

<u>See</u> D.C. Cir. Rule 28(a)(7).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail could delay the processing of the brief. Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. <u>See</u> Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover, or state that the case is being submitted without oral argument. <u>See</u> D.C. Cir. Rule 28(a)(8).

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk